IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LAWRENCE DEAN HOWELL,

        Petitioner,

   v.

JEFF PREMO, Superintendent,
Oregon State Penitentiary,

        Respondent.

Civil No. 09-1528-ST

ORDER

MARSH, Judge.

    Magistrate Judge Janice M. Stewart filed her Findings and Recommendation on April 5, 2011. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore

1 - ORDER

<u>Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Petitioner has filed timely objections.  I have, therefore, given the file of this case a *de novo* review.  I find no error.

Accordingly, I ADOPT the Findings and Recommendation # 31 of Magistrate Judge Stewart.  Petitioner's petition for writ of habeas corpus (#1) is DENIED, and this proceeding is DISMISSED, with prejudice.  In the event petitioner files an appeal, a certificate of appealability is DENIED on the basis that petitioner has not made a substantial showing of the violation of a constitutional right.  <u>See</u> 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this <u> 16 </u> day of May, 2011.

                                           /s/ Malcolm F. Marsh  
                                          Malcolm F. Marsh  
                                          United States District Judge